IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| **Plaintiff** : | |
| : | |
| **V.** : | CA. No.: 1:18-cr-00039-WES |
| : | |
| **BILLIE R. SCHOFIELD** : | |
| **Defendant** : | |

# EXHIBIT

The attached documents are filed herewith as exhibits in connection with

the Motion to Withdraw filed by Counsel for defendant, Billie Schofield.

                          Respectfully submitted,

                          _s/ George J. West_____
                          George J. West, Esq., #3052
                          One Turks Head Plaza, Suite 312
                          Providence, RI 02903-2215
                            Telephone: (401) 861-9042
                            Facsimile: (401) 861-0330

## CERTIFICATION

I, the undersigned, do hereby certify that on the 19th day of November, 2020, I caused the within Exhibit to be filed on the ECF System and thereby served via the same upon Sandra R. Hebert, Esq., Assistant U.S. Attorney.

<u>/s/ George J.West</u>