## INDEX OF EXHIBITS

Exh. A   Declaration of Forensic Accountant Robert A. McNeil

Exh. B   10 Step Program used by IRS/DoJ to Enforce the Income Tax on Nontaxpayers