# Exh. A

## SUPPORT DOCUMENT 1

---

## IMF MCC TRANSCRIPT SPECIFIC

## 2009

000022

PAGE NO-0001

```
                        *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-310-43857

  ACCOUNT NO          9231              10-18-2013
  NAME CONT- SCHO                       CYCLE-20134105
**********************************************************************************
FOR-7931043857 BY-7931043857 ON-10172013 TYP-S-30-200912
TIME-15:18 SRC-I                        PROCESSED ON-291
                                        REQUESTED TAX MODULE FOUND ON MF


2005 1 BILLIE SCHOFIELD
       4 FISH IS                                    BODC-SB BODCLC-V
201323 NEW BEDFORD           MA 02740-7226-046
                                     PRIOR NAME CONTROL-           FZ>C    -
ULC-04 AO-21 CLC-   SBAO-            MFR-01  VAL-1 IRA-                     CAF-
YEAR REMOVED-        ENT EXT CYC-201341  FYM-12 SCS-   CRINV-  130-
         CNC                         RPTR-   PMF-   SHELT-  BNKRPT-  BLLC-
                                     ACCRETION-   FMS-0  PDC-00   MIN SE-
                                     JUST-    IRS EMPL-   FED EMPL-  LII-0
                                     ID THEFT 50X CD-    ID THEFT 52X CD-
                                     DAILY PROCESSING IND-0  VODV IND-0
                                     IP PIN IND-0

 1994 2 BILLIE & CYNDRA SCHOFIELD                -0640
 1998 2 BILLIE R & CYNDRA W SCHOFIELD            -0640
 2004 2 BILLIE & CYNDRA SCHOFIELD                -0640
 PTNL BILLIE SCHOFIELD

LSTRET-2008 ME-     CND-R FLC-00 200933
*********************************
* TAX PERIOD 30     200912  *        REASON CD-          MOD EXT CYC-201341
*********************************
FS-1 TFRP- CRINV- LIEN-4              29247-494-00154-2   CAF-  FZ>CT  -
TDA COPYS-8448                       TDI COPYS-
        INT TOLERANCE-  MATH INCREASE- HISTORICAL DO-05 BWNC-  BWI-
MF MOD BAL-            49,413.26
ACRUED INTEREST-     2,278.58  10282013      CSED-04232022
ACCRUED PENALTY-     4,320.16  10282013      RSED-05112013
FMS-1IA CD-0                                 ARDI-0         ASED-00000000
2% DT OFF IND-0

 SFR  150 09122011                  0.00  05  201135
                                    29210-888-00000-1   CD-        SRC-0
 RET RCVD DT-08252011               PREPARE IND-0  PREPARE TIN-
                                             TAX PER T/P-                 0.00
                                             F/C-  AGI-         98,283.00
                                 FOREIGN-            FARM-  MF P-
                                 XRF-
                                 NAI-
                                 LTEX-
                                 PENALTY SUP
```

*********************************CONTINUED ON NEXT PAGE

**DLN = Document Locator Number**

IRS Disclosure Office responses to Freedom of Information Act (FOIA) requests for DLNs with a high number of 8's and 0's, such as this one, have proven that no document exists related to such DLN.

The phrase **SFR 150** was entered into the IMF module without relation to any paper document. It was computer generated, and no return whatsoever was created on that date.

Note: The **RET RCVD DT** is the same date Transaction Code 425, indicating "a 424 that was reversed", was entered into the IMF [see Pg. 2].

000023

PAGE NO-0002   ┌─ TAX PERIOD 30 200912*CONTINUED ─┐

                    *IMF MCC TRANSCRIPT-SPECIFIC*                EMP NO 79-310-43857

ACCOUNT NO        -9231              10-18-2013
NAME CONT- SCHO                      CYCLE-20134105
*****************************************************************************************
                                    MDP-      TOTAL INC TX-              0.00
                                         EST TAX BASE-                   0.00
                                             PR YR BASE-                 0.00
                                    SHORT YR CD-      ES FORGIVENESS %-  0
                                    USVI-0
                                    1ST SE-        95,508.00
                                    2ND SE-             0.00
                                    ACCT TYPE-
                                    EFT-0
                                    F8615-  UNAPPLD CR ELECT-
                                         ES TAX PAYMENT-                 0.00
                                              DIR DEP REJ RSN CD-00
                                    PUTI-        0    SUTI-              0
                                    PMEI-       95,508  SMEI-           0
                                    PMTI-        0    SMTI-             0

   140 03232011              0.00   20111308 08249-082-00000-1
                                    PRC-

   971 04112011---------------      20111308 08277-082-00000-1
                                    XREF-                   971 CD-804
                                    X-MFT-00 MEMO-              FTD ALRT-0

   425 08252011---------------      20113508 29277-237-20000-1
        ┌─────────────────────┐     SOURCE-24  ORG-5065  PROJ-277  RET REQ-0
     ↖  │ TC 425 = "a 424 that was │  PBC-298
        │ reversed"            │
   595 09122011---------------      20113508 29249-237-20000-1
                                    COLCLOS-                 XREF-

   570 09122011---------------      20113508 29210-888-00000-1
                                    COLCLOS-26      CYCLES-

   420 09012011---------------      20113608 29277-244-00000-1
                                    AIMS SC-24 PBC-298 SBC-00000 EGC-5065

   170 04232012            795.66   20121505 29247-494-00154-2
                                    PRC-    EST PNLTY WAIVED-            0.00
                                    CSED-04232022

   160 04232012          7,477.20   20121505 29247-494-00154-2
                                    PRC-

   300 04232012         33,232.00   20121505 29247-494-00154-2
     ↖      ┌──────────────────────────────┐
            │ TC 300 = "Additional Tax or  │
            │ Deficiency Assessment by     │
            │ Examination Div. or Collection Div." │
            └──────────────────────────────┘

*****************************CONTINUED ON NEXT PAGE*****************************

000024

PAGE NO-0003   TAX PERIOD 30 200912*CONTINUED

```
               *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-310-43857

 ACCOUNT NO     -9231            10-18-2013
 NAME CONT- SCHO                 CYCLE-20134105
*************************************************************************
                                 HC  DC10 870D        ASED04172015
                                                          PC9 AO
                                 CLAIM REJECT DT-
                                 ABSTRACT-878            95,508.00-
                                 ABSTRACT-895            95,508.00-
                                 ABSTRACT-889            14,613.00-
                                 ABSTRACT-888            98,283.00-
                                 ABSTRACT-886            88,933.00-
                                 CSED-04232022

    421 04232012---------------  20121505 29247-494-00154-2 X
                                 DISP CD-    SOURCE-

    336 04232012         2,951.67  20121505 29247-494-00154-2
                                 REFERENCE AMT-

    276 04232012         3,987.84  20121505 29247-494-00154-2
                                 PRC-

    971 04232012---------------  20121505 29277-494-00154-2
                                 XREF-                  971 CD-804
                                 X-MFT-00 MEMO-             FTD ALRT-0

    971 04282012---------------  20121905 22277-521-00797-2
                                 XREF-                  971 CD-611
                                 X-MFT-00 MEMO-             FTD ALRT-0

    971 06202012---------------  20122705 19277-573-67297-2
                                 XREF-                  971 CD-069
                                 X-MFT-00 MEMO-             FTD ALRT-0

    582 07062012---------------  20122905 19277-592-08853-2
                                 REGULAR LIEN

    971 07122012---------------  20123005 22277-600-00448-2
                                 XREF-                  971 CD-252
                                 X-MFT-00 MEMO-             FTD ALRT-0

    971 07162012---------------  20123005 19277-599-54989-2
                                 XREF-                  971 CD-067
                                 X-MFT-00 MEMO-             FTD ALRT-0

    971 08082012---------------  20123505 28277-630-05764-2
                                 XREF-                  971 CD-254
                                 X-MFT-00 MEMO-             FTD ALRT-0

    570 08272012---------------  20123604 28277-640-05888-2
                                 COLCLOS-26     CYCLES-

*****************************CONTINUED ON NEXT PAGE*****************************
```

000025

PAGE NO-0004   TAX PERIOD 30 200912*CONTINUED

                 *IMF MCC TRANSCRIPT-SPECIFIC*         EMP NO 79-310-43857

 ACCOUNT NO     -9231           10-18-2013
NAME CONT- SCHO              CYCLE-20134105
**********************************************************************************

    673 08232012        48,444.37-  20123604 17217-236-18972-2

                                EFT TRACE NUM-

    671 08232012        48,444.37   20123805 31287-653-00024-2
                                PRC-

    280 10012012            0.00   20123805 31287-653-00024-2
                                PRC-

    280 11052012          968.89   20124305 17254-685-05000-2
                                PRC-

    290 11052012            0.00   20124305 17254-685-05000-2
                                HC  ARC     -045    INTD       PC
                                CORRESPONDDT-     CREDIT DT-
                                REFUND STATUTE CONTROL DT-
                                AMD CLMS DT-      CIS MF IND-0
                                CSED-

    971 11052012---------------   20124305 29277-494-00154-2
                                XREF-            971 CD-804
                                X-MFT-00 MEMO-       FTD ALRT-0

    971 06172013---------------   20132205 19277-999-99999-3
                                XREF-            971 CD-262
                                X-MFT-00 MEMO-       FTD ALRT-0

    971 07152013---------------   20132703 28277-001-99999-3
                                XREF-            971 CD-060
                                X-MFT-00 MEMO-       FTD ALRT-0

    971 07152013---------------   20132703 28277-001-99999-3
                                XREF-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   971 CD-662
                                X-MFT-00 MEMO-       FTD ALRT-0

    530 08192013---------------   20133405 19277-632-55441-3
                                COLCLOS-26     CYCLES-

    530 08192013---------------   20133505 28277-635-04811-3
                                COLCLOS-26     CYCLES-

    972 09092013---------------   20133505 28277-001-99999-3
                                XREF-            971 CD-060
                                X-MFT-00 MEMO-       FTD ALRT-0

MF STAT-02 03232011   NOTICE AO-11    201113

*****************************CONTINUED ON NEXT PAGE*******************************

000026

PAGE NO-0005   TAX PERIOD 30 200912*CONTINUED

```
                    *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-310-43857

  ACCOUNT NO        -9231               10-18-2013
  NAME CONT- SCHO                       CYCLE-20134105
***********************************************************************************
MF  STAT-02 04112011 1  NOTICE AO-11        201113
MF  STAT-03 05162011 8  NOTICE AO-21        201118
MF  STAT-06 09122011              0.00      201135
MF  STAT-21 04232012         48,444.37      201215
MF  STAT-58 05142012         48,444.37      201218
MF  STAT-21 11052012         49,413.26      201243
MF  STAT-26 05282012         48,444.37      201220
```

# Exh. A

## SUPPORT DOCUMENT 2

_____

## IMFOLT

## 2009

```
IMFOLT      -9231 30200912P01  IMF TAX MODULE         NM CTRL:SCHO WEEKLY *PDT*
29247-494-00154-2                                     SPSSN        UP-CYC:0803
BILLIE SCHOFIELD                                      TOT EXEMPTIONS:01 BFS  :1
                                    FSC:1 STATUS:26 STATUS
NEXT  CSED:01-14-2023 ASSESSD BAL:        61,139.29 SETTL DATE:09122011 LIEN :4
LAST  CSED:01-14-2023 TOT INTERST:    13,827.79 INTEREST DATE:03052018 BWI  :
FIRST CSED:01-14-2023 INT ASSESSD:    10,357.54 DISASTER RDD :05112010 BWNC :0
      ASED:            INT PAID:        2,951.67-DISASTERSTART:04152010 CC81 :0
      RSED:05-11-2013 FTP TOTAL:        8,308.00 GOVRN SC:19 HIST LC:05 CC85 :0
   FREEZE:T   -Z  FTP ASSESSD:          8,308.00 MATH IN: TDA COPY:8448 TC914:2
INDICATORS: SER                                                       CAF  :
EFT-IND:0 DDRC-CD:00 PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0    ARDI :1
SETTL CYC:20113508  FEB15 RFND FRZ:0  LEVY-971-IND:00
TC   DATE      AMOUNT       CYCLE      DLN              VARIABLE DATA
150 09122011       .00  20113508 29210-888-00000-1 RECEIVED-DATE:08252011
140 03232011       .00  20111308 08249-092-00000-1
971 04112011       .00  20113508 29277-082-00000-1 ACT-CD: 804
                                                    MISCCP 0059
425 08252011       .00  20113508 29277-237-20000-1 SOURCE-CD:24 SPC:0277
           EGC:5066 PUSH:036                         PBC:298 SBC:00000
595 09122011       .00  20113508 29249-237-20000-1
570 09122011       .00  20113508 29210-888-00000-1

            PAGE 001 OF 005             IMFPG 002                       DS:R


IMFOLT      -9231 30200912P02  IMF TAX MODULE         NM CTRL:SCHO WEEKLY *PDT*
                                                                   UP-CYC:0803
TC   DATE      AMOUNT       CYCLE      DLN              VARIABLE DATA
420 09012011       .00  20113608 29277-244-00000-1 SOURCE-CD:24 PBC:298
                                                    SBC:00000 EGC:5066
170 04232012    795.66  20121505 29247-494-00154-2 CSED:01142023
160 04232012  7,477.20  20121505 29247-494-00154-2 CSED:01142023
300 04232012 33,232.00  20121505 29247-494-00154-2 NOLCF DIS
      CF-NUM:  EXAM-CLM:  CSED:01142023              NOL CRDIS
      DISPOSAL-CD:10 TECHNIQ CD:6                    EXM UNAGD
      RSN-CD-1:000 RSN-CD-2:000                      NOL CLAIM
      RSN-CD-3:000 PEN-RSN-CD:000                    EX CLMDIS
421 04232012       .00  20121505 29247-494-00154-2
336 04232012  2,951.67  20121505 29247-494-00154-2
276 04232012  3,987.84  20121505 29247-494-00154-2
971 04232012       .00  20121505 29277-494-00154-2 ACT-CD: 804
                                                    MISCCP 0022
971 04282012       .00  20121905 22277-521-00797-2 ACT-CD: 611
971 06202012       .00  20122705 19277-573-67297-2 ACT-CD: 069
582 07062012       .00  20122905 19277-592-08853-2
971 07122012       .00  20123005 22277-600-00448-2 ACT-CD: 252
971 07162012       .00  20123005 19277-599-54989-2 ACT-CD: 067
971 08082012       .00  20123505 28277-630-05764-2 ACT-CD: 254
            PAGE 002 OF 005             IMFPG 003                       DS:R
```

GJEX-000410

IMFOLT        -9231 30200912P03  IMF TAX MODULE          NM CTRL:SCHO  WEEKLY *PDT*
                                                                        UP-CYC:0803
TC    DATE      AMOUNT        CYCLE      DLN              VARIABLE DATA
570 08272012         .00   20123604  28277-640-05888-2
673 08232012   48,444.37-  20123604  17217-236-18972-2 CDDB17022012236001010357
671 08232012   48,444.37   20123805  31287-653-00024-2 CDDB17202012243002000024
280 10012012         .00   20123805  31287-653-00024-2
280 11052012      968.89   20124305  17254-685-05000-2
290 11052012         .00   20124305  17254-685-05000-2
971 11052012         .00   20124305  29277-494-00154-2 ACT-CD: 804
                                                        MISCCP 0021
971 06172013         .00   20132205  19277-999-99999-3 ACT-CD: 262
971 07152013         .00   20132703  28277-001-99999-3 ACT-CD: 060
                                                        REVERSAL-IND: 1
971 07152013         .00   20132703  28277-001-99999-3 XREF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
              MISCSAL-OTH-RRB                           ACT-CD: 662
530 08192013         .00   20133405  19277-632-55441-3 CC:26
530 08192013         .00   20133505  28277-635-04811-3 CC:26
972 09092013         .00   20133505  28277-001-99999-3 ACT-CD: 060
480 01242014         .00   20140505  19277-428-58895-4 OIC-JURISD-CD:1
                                                        CSED-CD:P
971 02102014         .00   20140505  04277-024-99999-4 ACT-CD: 600
481 10172014         .00   20144305  19277-694-84132-4
              PAGE 003 OF 005            IMFPG 004                      DS:R


IMFOLT        -9231 30200912P04  IMF TAX MODULE          NM CTRL:SCHO  WEEKLY *PDT*
                                                                        UP-CYC:0803
TC    DATE      AMOUNT        CYCLE      DLN              VARIABLE DATA
531 11252014         .00   20144905  28277-732-06782-4
971 11292014         .00   20144905  22277-735-01268-4 ACT-CD: 611
971 03022015         .00   20150605  29277-999-99999-5 ACT-CD: 061
                                                        REVERSAL-IND: 1
971 03022015         .00   20150705  04277-044-99999-5 ACT-CD: 600
972 02212015         .00   20150805  19277-455-09794-5 ACT-CD: 061
971 03162015         .00   20150905  28277-001-99999-5 ACT-CD: 060
                                                        REVERSAL-IND: 1
971 03162015         .00   20150905  28277-001-99999-5 XREF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
              MISCSAL-OTH-RRB                           ACT-CD: 662
582 09182015         .00   20153805  19277-685-06265-5
971 09222015         .00   20153805  22277-666-00622-5 ACT-CD: 252
971 02152016         .00   20160505  05277-029-99999-6 ACT-CD: 600
971 10172016         .00   20163905  29277-494-00154-2 ACT-CD: 804
                                                        MISCCP 071D
196 10172016    7,405.87   20163905  29247-494-00154-2
276 10172016    4,320.16   20163905  29247-494-00154-2
914 10182016         .00   20164205  17277-692-30045-6 AGENT-ID: 04026697
971 11072016         .00   20164205  17277-692-30035-6 ACT-CD: 905
                                                        MISCINTEL-914
              PAGE 004 OF 005            IMFPG 005                      DS:R


02/21/2018                    Page 24 of 34

GJEX-000411

# Exh. A

## SUPPORT DOCUMENT 3

---

**IRS**

**FORM 13496, FORM 4549 and**

**FORM 886-A**

**2009**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

March 10, 2016

BILLIE-RUSSELL SCHOFIELD
C/O 42 TROUT BROOK LANE
HOPE, RI 02831

Dear Mr. Schofield:

I am responding to your Freedom of Information Act (FOIA) re
2016 that we received on March 6, 2016.

You asked for copies of Form 13496, Form 4549 and Form 88
2009. I am enclosing a copy of the requested records consist
full grant of your request.

I have researched our system of records and found no record
for 2005 through 2008. Therefore, there are no responsive do
your request. I have enclosed Notice 393 explaining your appeal rights.

If you have any questions please call me ID # 1000245686, at 512-460-4434 or write to:
Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506,
Atlanta, GA 30362. Please refer to case number F16067-0021.

Sincerely,

Jennifer Perez

Jennifer J Perez
Disclosure Specialist
Disclosure Office 9

Enclosure
  Responsive Records
  Notice 393

| IRC Section 6020(b) Certification | Total pages certified as valid section 6020(b) return | Tax year |
|---|---|---|
| | | 200912 |

Zero pages certified

| Name of taxpayer | SSN / EIN |
|---|---|
| BILLIE SCHOFIELD | -9231 |

Address of taxpayer *(Number, Street, City or Town, State, ZIP code)*

80 WAMPANOG LN
TIVERTON  RI  02878-4821

## Certification

The officer of the IRS identified below, authorized by Delegation Order 182, certifies the attached pages constitute a valid return under section 6020(b). This return consists of the following items:

1. Report summarizing Examination changes or equivalent report of adjustments *(including, but not limited to: Form 4549, Income Tax Examination Changes; Form 4549-A; Income Tax Discrepancy Adjustments; Form 5278, Statement – Income Tax Changes; Form 4667, Examination Changes – Federal Unemployment Tax, Form 4668, Employment Tax Examination Changes Report, Form 2504, Agreement to Assessment and Collection of Additional Tax and Acceptance of Overassessment, or Form 2504-WC, Agreement to Assessment and Collection of Additional Employment Tax and Acceptance of Overassessment in Worker Classification Cases );*

2. Form 886-A, Explanation of Items, appropriate issue lead sheet or similar form;

3. This certification (Form 13496).

Pursuant to section 6651(g)(2), this certification, with attachments, shall be treated as the return filed by the taxpayer for purposes of determining the amount of the additions to tax under paragraphs (2) and (3) of section 6651(a).

## IRS Authorization Data

| Employee name | Title | Office | ID number |
|---|---|---|---|
| Maureen Green | Operations Manager, Examination | Ogden Service Center | 1000099936 |

| Signature | Date *(mmddyyyy)* |
|---|---|
| *[signature]* | 10/11/2011 |

Form **13496** (Rev. 02-2009)   Catalog Number 37538J   publish.no.irs.gov   Department of the Treasury-**Internal Revenue Service**

| Form **4549** | Department of the Treasury-Internal Revenue Service | Page __1__ of __2__ | | |
|---|---|---|---|---|
| (Rev. May 2008) | **Income Tax Examination Changes** | | | |

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| BILLIE SCHOFIELD<br>80 WAMPANOG LN<br>TIVERTON  RI  02878-4821 | -9231 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

| 1. Adjustments to income | | Period End<br>08/31/2009 | Period End | Period End |
|---|---|---|---|---|
| a. | Interest Income | 2,170.00 | | |
| b. | Nonemployee Compensation | 103,420.00 | | |
| c. | SE AGI Adjustment | (7,307.00) | | |
| d. | Standard Deduction | (5,700.00) | | |
| e. | Exemptions | (3,650.00) | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. Total Adjustments | | 88,933.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | | 0.00 | | |
| 4. Corrected Taxable Income | | 88,933.00 | | |
| | Tax Method | TAX TABLE | | |
| | Filing Status | Single | | |
| 5. Tax | | 18,618.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | | |
| 7. Corrected Tax Liability | | 18,618.00 | | |
| 8. Less<br>Credits | a. | | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. Balance *(Line 7 less Lines 8a through 8d)* | | 18,618.00 | | |
| 10. Plus<br>Other<br>Taxes | a. Self Employment Tax | 14,613.00 | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | | 33,232.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | | 0.00 | | |
| 13. Adjustments to: a. | | | | |
| b. | | | | |
| c. | | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax)<br>*(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | | 33,232.00 | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | | |
| 16. Balance Due or (Overpayment) - *(Line 14 adjusted by Line 15)*<br>*(Excluding interest and penalties)* | | 33,232.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A          www.irs.gov          Form **4549** (Rev. 5-2008)

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page __2__ of __2__ |
|---|---|---|---|
| Name of Taxpayer<br>BILLIE SCHOFIELD | | Taxpayer Identification Number<br>-9231 | Return Form No.:<br>1040 |

| 17. Penalties/ Code Sections | Period End<br>12/31/2009 | Period End | Period End |
|---|---|---|---|
| a. Delq-IRC 6651(a)(2) | 2,890.98 | | |
| b. Delq-IRC 6651(a)(1) | 7,477.20 | | |
| c. Estimated Tax-IRC 6654 | 735.56 | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | 11,263.74 | | |
| Underpayment attributable to negligence: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT)<br>The interest will accrue and be assessed at 120% of the under-<br>payment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 31,213.00 | | |
| b. Penalties (Line 18) - computed to 10/11/2011 | 11,263.74 | | |
| c. Interest (IRC § 6601) - computed to 11/10/2011 | 3,491.14 | | |
| d. TMT Interest - computed to   11/10/2011   (on TMT underpayment) | 0.00 | | |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | 45,986.88 | | |

Other Information:

No signature

| Examiners Signature:<br>Tax Examiner - MS 4388 | Employee ID:<br>1000099936 | Office:<br>Ogden Service Center | Date:<br>10/11/2011 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law.  It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

| PLEASE NOTE: If a joint return was filed, **BOTH** taxpayers must sign | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By: | | Title: | Date: |

Catalog Number 23105A                     www.irs.gov                     Form **4549** (Rev. 5-2008)

| Name of Taxpayer: | BILLIE SCHOFIELD | | 10/11/2011 |
|---|---|---|---|
| Identification Number: | -9231 | Total | 12.20.00 |

### 2009  - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
BILLIE SCHOFIELD                                                                     -9231

| | |
|---|---|
| 1.  Self-employment income | 103,420.00 |
| 2.  Multiply line 1 by 92.35% | 95,508.37 |
| 3.  Farm optional method income | 0.00 |
| 4.  Nonfarm optional method income | 0.00 |
| 5.  Earnings subject to self-employment tax (sum of 2, 3, 4) | 95,508.37 |
| 6.  Maximum earnings subject to social security | 106,800.00 |
| 7.  Social security wages and tips from W-2 | 0.00 |
| 8.  Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9.  Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 106,800.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 11,843.04 |
| 13. Multiply line 5 by 2.90% | 2,769.74 |
| 14. Self-employment tax (sum of lines 12 and 13) | 14,612.78 |

Secondary

| | |
|---|---|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm optional method income | 0.00 |
| 4. Nonfarm optional method income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 106,800.00 |
| 7. Social security wages and tips from W-2 | 0.00 |
| 8. Unreported tips subject to social security tax from Form 4137 | 0.00 |
| 9. Wages subject to social security tax from Form 8919 | 0.00 |
| 10. Sum of lines 7, 8 and 9 | 0.00 |
| 11. Line 6 less line 10 | 0.00 |
| 12. Multiply the smaller of line 5 or 11 by 12.40% | 0.00 |
| 13. Multiply line 5 by 2.90% | 0.00 |
| 14. Self-employment tax (sum of lines 12 and 13) | 0.00 |

| Name of Taxpayer: | BILLIE SCHOFIELD | | 10/11/2011 |
|---|---|---|---|
| Identification Number: | -9231 | Total | 12.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or
the tax was not paid, and you have not shown that such failure was due to reasonable cause,
an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1)
and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2009 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/2010 | |
| 3. Date return filed | 10/11/2011 | |
| 4. Failure to File penalty rate | 0.225 | |
| 5. Failure to Pay penalty rate | 0.090 | |
| 6. Total corrected tax liability | | 33,232.00 |
| 7. Allowable payments on or prior to due date of return | | 0.00 |
| 8. Net Amount Due (line 6 less line 7) | | 33,232.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 7,477.20 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 7,477.20 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 7,477.20 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 2,990.88 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 2,990.88 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 10,468.08 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under
  Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will
  continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction
  thereof, of nonpayment, not exceeding 25 percent.

Name of Taxpayer:   BILLIE SCHOFIELD                                                    10/11/2011
Identification Number:    -9231                              Total                      12.20.00

## 2009 – EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | | | |
|---|---|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 (Tax Per Return, if a return was filed) | | | 33,232.00 |
| 2. Refundable Credits | | | 0.00 |
| 3. Withholding taxes | | | 0.00 |
| 4. Line 1 less sum of lines 2 & 3 (if less than $1000, estimated penalty does not apply) | | | 33,232.00 |
| 5. 90% of the sum of line 1 less line 2 | | | 29,908.80 |
| 6. Prior year tax liability (100% of prior year tax except*) | | | 0.00 |
| 7. The smaller of line 5 or 6 (as adjusted) | | | 29,908.80 |

| | Apr 15, 2009 | Jun 15, 2009 | Sep 15, 2009 | Jan 15, 2010 |
|---|---|---|---|---|
| 8. Payment Due Date | | | | |
| 9. Payment Required | 7,477.20 | 7,477.20 | 7,477.20 | 7,477.20 |
| 10. Payments & Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Overpayment from line 17 | | 0.00 | 0.00 | 0.00 |
| 12. Total of lines 10 & 11 | | 0.00 | 0.00 | 0.00 |
| 13. Previous Qtr Underpayment | | 7,477.20 | 14,954.40 | 22,431.60 |
| 14. Line 12 less line 13 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Remaining Underpayment | | 7,477.20 | 14,954.40 | |
| 16. Underpayment | 7,477.20 | 7,477.20 | 7,477.20 | 7,477.20 |
| 17. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. Penalty | 299.09 | 249.10 | 173.72 | 73.75 |

| | | | |
|---|---|---|---|
| 19. Previously Assessed/Previously Agreed Estimated Tax Penalty | | | 0.00 |
| 20. Estimated Tax Penalty | | | 795.66 |

* If qualified small business and prior year AGI was < $500,000 ($250,000 if MFS): use 90% of prior year tax.
  If not qualified small business and prior year AGI was > $150,000 ($75,000 if MFS): use 110% of prior year tax.

Support Document 3

**Pg. 8**

| Name Of Taxpayer: | BILLIE SCHOFIELD | | 10/11/2011 |
|---|---|---|---|
| Identification Number: | -9231 | Total | 12.20.00 |

## 2009   TAX YEAR INTEREST COMPUTATION

| | |
|---|---|
| Interest computed to | 11/10/2011 |
| Total Tax Deficiency | $33,232.00 |

Plus Penalties*

| | |
|---|---|
| Failure to File - IRC 6651 | $7,477.20 |
| Accuracy Related Penalty - IRC 6662 | $.00 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $.00 |
| Manually Computed Penalty | $.00 |

| | |
|---|---|
| Total Penalties Subject to Interest | $7,477.20 |
| Tax Deficiency and Penalties Subject to Interest | $40,709.20 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2010--12/31/2010 | 260 | 4% | $1,176.55 |
| Compound | 01/01/2011--03/31/2011 | 90 | 3% | $310.98 |
| Compound | 04/01/2011--09/30/2011 | 183 | 4% | $854.74 |
| Compound | 10/01/2011--11/10/2011 | 42 | 3% | $148.87 |

Total Interest                    $2,491.14

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| Form **886-A** (Rev. January 1994) | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of taxpayer <br> BILLIE SCHOFIELD | Tax Identification Number <br> -9231 | Year/Period ended <br> 2009 |

Personal Exemption - Self

    Per Return: 0

    Per Exam: 1

    Per Adjustment: -1

Since you failed to file your tax return(s) for the tax year(s) shown in this report, we have filed for you as authorized by Internal Revenue Code Section 6020(b). The income, filing status, deductions, and credits shown in this report are based on information available to us. The proposed adjustments may not reflect certain deductions, expenses, exemptions, credits and other tax benefits, such as cost basis of capital items, due to your failure to file your return and provide supporting information.

We used Information Return Documents filed by payers as reported under your Social Security Number to determine your income. If you need an itemized list of payers and amounts of the income reported to the Internal Revenue Service, you may request this information by calling the toll-free number or writing to the address shown on the accompanying letter.

Statutory-SE AGI Adjustment

    Per Return: $0.00

    Per Exam: $7,307.00

    Per Adjustment: ($7,307.00)

Your self-employment tax has changed as a result of adjustments made to your net earnings from self-employment as shown in this report. The self-employment tax deduction has been adjusted to one-half of the recomputed amount.

Statutory-Self Employment Tax

    Per Return: $0.00

    Per Exam: $14,613.00

    Per Adjustment: $14,613.00

We have adjusted your self-employment tax due to a change in your net earnings from self-employment.

# Exh. A

## SUPPORT DOCUMENT 4

---

## IRS

## FORM 4340

## CERTIFICATE OF ASSESSMENTS,

## PAYMENTS and OTHER MATTERS

## 2009

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
```

BILLIE SCHOFIELD                          EIN/SSN:        -9231   **Support Document 4**

**Pg. 1**

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC   2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 98,283.00 | | | |
| | TAXABLE INCOME 88,933.00 | | | |
| | SELF EMPLOYMENT TAX 14,613.00 | | | |
| **(1)** | | | | **(2)** |
| 08-25-2011 | SUBSTITUTE FOR RETURN 29210-888-00000-1 | | 0.00 | 09-12-2011 |
| | ESTIMATED TAX PENALTY 20121505 | | 795.66 | 04-23-2012 |
| | LATE FILING PENALTY 20121505 | | 7,477.20 | 04-23-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20150417 29247-494-00154-2   20121505 | | 33,232.00 | 04-23-2012 |
| **(3)** 04-23-2012 | RENUMBERED RETURN 29247-494-00154-2 | | | |
| | INTEREST ASSESSED 20121505 | | 2,951.67 | 04-23-2012 |
| | FAILURE TO PAY TAX PENALTY 20121505 | | 3,987.84 | 04-23-2012 |
| 06-20-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-06-2012 | FEDERAL TAX LIEN | | | |

FORM 4340   (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BILLIE SCHOFIELD                     EIN/SSN:        -9231   **Support Document 4**

**Pg. 2**

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------------|-----------------|-----------------|
| 07-16-2012 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | | | |
| 08-23-2012 | SUBSEQUENT PAYMENT | | 48,444.37 | |
| 08-23-2012 | DISHONORED SUBSEQUENT PAYMENT | | (48,444.37) | |
| | DISHONORED CHECK PENALTY 20124305 | 968.89 | | 11-05-2012 |
| | ADDITIONAL TAX ASSESSED 17254-685-05000-2  20124305 | 0.00 | | 11-05-2012 |
| 07-15-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-09-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-11-2011 | Taxpayer Deliquency Notice | | | |
| 04-23-2012 | Statutory Notice of Balance Due | | | |
| 05-14-2012 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                  PAGE    2

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------
BILLIE SCHOFIELD                   EIN/SSN:        -9231
```

**Support Document 4**

**Pg. 3**

```
TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2009


                                 ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE (23C,
                                 (REVERSAL)    (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------
11-05-2012 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)               PAGE    3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------
BILLIE SCHOFIELD                   EIN/SSN:        -9231   Support Document 4

                                                          Pg. 4

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009
------------------------------------------------------------------------


BALANCE        49,413.26

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:_____⟶   Not Certified by
                                                       Any IRS Officer
PRINT NAME:_____

TITLE:_____

DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 11/07/2013

FORM 4340  (REV. 01-2002)              PAGE    4
```

# Exh. A

## SUPPORT DOCUMENT 5

---

## IRS

## FORM 668-B LEVY

## 2009

| Form **668-B** (ICS) | Department of the Treasury - Internal Re Pg. 1 |
|---|---|
| (Rev. July 2014) | → **Levy**   17 - 01 - 01 - 012 |

| Due from: | Originating Internal Revenue Territory Office |
|---|---|
| **BILLIE SCHOFIELD**<br>**42 TROUT BROOK LANE**<br>**HOPE, RI 02831** | **N. Atlantic - New Jersey 1** |

Taxpayer Identification Number:     -9231

| Kind of Tax | Tax Period Ended | Unpaid Balance Of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2006 | $26,360.35 | $307.39 | $26,667.74 |
| 1040 | 12/31/2007 | $28,870.82 | $336.66 | $29,207.48 |
| 1040 | 12/31/2008 | $24,283.98 | $283.17 | $24,567.15 |
| 1040 | 12/31/2009 | $61,139.29 | $712.93 | $61,852.22 |
| 6702A | 12/31/2005 | $12,038.54 | $140.38 | $12,178.92 |
| 6702A | 12/31/2006 | $18,449.80 | $215.14 | $18,664.94 |
| 6702A | 12/31/2007 | $6,426.93 | $74.95 | $6,501.88 |
| 6702A | 12/31/2008 | $5,993.25 | $69.89 | $6,063.14 |

| Page 1 of 1 | Total amount due as of  01/31/2017 | ⇒ | $185,703.47 |
|---|---|---|---|

☒   Due to IRS tax processing times appeals, or tax periods in dispute, the amount above does not reflect all taxes that may be due at this time. For a total balance due, please contact the undersigned Revenue Officer at  (781)876-1060

The amounts shown above are now due, owing, and unpaid to the United States from the above taxpayer for internal revenue taxes.  Notice and demand have been made for payment.  Chapter 64 of the Internal Revenue Code provides a lien for the above tax and statutory additions.  Section 6331 of the Code authorizes collection of taxes by levy on all property or rights to property of a taxpayer, except property that is exempt under section 6334.

Therefore, under the provisions of Code section 6331, so much of the property or rights to property, either real or personal, as may be necessary to pay the unpaid balance of assessment shown, with additions provided by law, including fees, costs, and expenses of this levy, are levied on to pay the taxes and additions

*Febrary 8. 2017*
(Date of seizure)

| Signature of Revenue Officer<br>*PATRICK DILLON* | Telephone number<br>(781)876-1060 | Date<br>2/8/17 |
|---|---|---|

| | Printed name of Group Manager<br>DAVID S SMITH | Signature | Date<br>2/8/17 |
|---|---|---|---|
| Concurrence | Printed name of Territory Manager<br>MARY ~~~~ | Signature | Date |
| | Printed name of Area Director, if required | Signature | Date |

Catalog No. 36960H     Form 668-B (ICS) (Rev. 7-2014)

# Exh. A

## SUPPORT DOCUMENT 6

---

## FOIA RESPONSE FROM

## KLAUDIA VILLEGAS

## IRS DISCLOSURE MANAGER

### September 17, 2013



**DEPARTMENT OF THE TREASURY** Pg. 1
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

September 17, 2013


Robert McNeil
1302 Waugh Dr.  #498
Houston, TX 77019-3908

Dear Robert McNeil:

 I am responding to your Freedom of Information Act (FOIA) request dated August 2,
2013 that we received on August 6, 2013.

You asked for various documents pertaining to you for tax years 2000 through 2012.

For item a, I have provided your Individual Master File (IMF) Complete transcripts.

For Item b, I have researched our records and found no records pertaining to Non
Master File.  Therefore, there are no documents responsive to this portion of your
request.

For item c, I have provided TXMODA for and TXMODN for tax years 2002, 2003, 2004,
2005, 2006, 2008, 2009, 2010 and 2011.  I have provided IMFOLT in lieu of TXMOD for
tax years 2000, 2001 and 2007.

For item d, you asked for Business Master File for EIN 46-0827522.  Tax records are
confidential and may not be disclosed unless specifically authorized by law.  You must
provide the written consent of an individual authorized to act on behalf of the above EIN
number before we can consider releasing the records you requested.

For item e, I have researched our records and found no records.  Therefore, there are
no documents responsive to this portion of your request.

For items f and g of your request, you requested supporting documents authorizing the
IRS to file a 1040 or 1040A on your behalf.  I have provided a copy of the examination
files for tax year 2003, 2004, 2005, 2006, 2008, 2009 and 2010.  To the extent you are
seeking records that establish the authority of the Internal Revenue Service to assess,
enforce, and collect taxes, the Sixteenth Amendment to the Constitution authorized
Congress to impose an income tax.  Congress did so in Title 26 of the United States
Code, commonly known as the Internal Revenue Code (IRC).  The IRC may contain

Case 1:18-cr-00039-WES-LDA   Document 51-3   Filed 12/28/20   Page 29 of 33 PageID #: 450   Supp. Appeal Document 6

Pg. 2

information responsive to portions of your request.  It is available at many bookstores, public libraries and on the Internet at www.irs.gov.

For item h, please visit our website at www.irs.gov for additional information.

For item i, you asked for a copy of the documents identified by several Document Locator Numbers (DLN), for the tax year 2002 through 2009.  A document is not created for every DLN shown on a transcript.  In situations where taxpayers fail to file required income tax returns a document locator number is assigned to create a module on the Master File.  The DLN you requested was generated by our Automated Substitute for Return program.  This DLN is computer generated and there is no paper document associated with it.  Therefore, there are no documents responsive to your request. ⟵

Of the 362 pages located in response to your request, I am enclosing 359 pages.  I am withholding 16 pages in part and three pages in full for the following reasons:

- The withheld portions are the tax information of other taxpayers.  FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law.  The law supporting this exemption is Internal Revenue Code section 6103(a).

- FOIA exemption (b)(7)(C) exempts from disclosure personal information in law enforcement records that if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

- I deleted the Discriminant Information Function (DIF) score from the enclosed records.  Release of the DIF score would seriously impair IRS assessment, collection, and enforcement proceedings.  FOIA exemption (b)(3), supported by Internal Revenue Code section 6103 (b)(2) and (e)(7) exempts this information from release.  Disclosure of this information would also reveal law enforcement techniques, procedures and guidelines protected by FOIA exemption (b)(7)(E).

The redacted portions of each page are marked by the applicable FOIA exemptions.  This constitutes a partial denial of your request.  I have enclosed Notice 393 explaining your appeal rights.

We are providing your documents in electronic format.  The enclosed CD contains your documents and is encrypted.  The password to open the files is being mailed separately.  At this time there is no charge for the enclosed records.  If you determine you need me to provide a printed copy of the documents, please call Specialist, Nikki Konstantinidis, at the phone number shown below.  You will be charged $.20 per page after an allowance of 100 pages at no charge for printed documents.

If you have any questions please call Disclosure Specialist, Nikki Konstantinidis, ID # 95-00358, at 213-576-3451 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F13219-0009.

Sincerely,

*Klaudia Villegas*

 Klaudia Villegas
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive Records
  Notice 393

# Exh. A

## SUPPORT DOCUMENT 7

---

## FOIA RESPONSE FROM

## LAURA McINTYRE

## IRS DISCLOSURE MANAGER

## July 6, 2016



# DEPARTMENT OF THE TREASURY   Pg. 1
## INTERNAL REVENUE SERVICE
### WASHINGTON, DC 20224

**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

July 6, 2016

James Morris
9317 Frenchmans Way
Dallas, TX 75220

Dear Mr. Morris:

I am responding to your Freedom of Information Act (FOIA) and Privacy Act request
dated June 2, 2016 that we received on June 7, 2016.

You asked for several items which consist of different types of transcripts, Form 6020(b)
certification and workpapers for years 1999 through 2016. You did not file returns for
tax years 2000 through 2016. The Internal Revenue Service filed a substitute for return
for you for tax year 2009.

I researched our records and found no activity pertaining to business master file for EIN
_____ Therefore, there are no documents responsive to this portion of your
request.

Of the 100 pages located in response to your request, I am enclosing 100 pages. I am
withholding one page in part for the following reason:

The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3)
requires us to withhold information that is specifically exempted from disclosure by
another law. The law supporting this exemption is Internal Revenue Code section
6103(a).

Treasury Regulation 26 CFR 601.702(d) provides that requests for records processed in
accordance with routine agency procedures are specifically excluded from the
processing requirements of the Freedom of Information Act and Internal Revenue Code
6103(e).

As a result, Disclosure offices will no longer process requests for transcripts or other
similar information. The part of your request for those documents is not being
processed.

Please resubmit your request for transcripts or other similar information using the
enclosed procedures.

> **IRS Disclosure offices will no longer
> process requests for IMF Transcripts or
> other similar information.**

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request. I have enclosed Notice 393 explaining your appeal rights.

If you have any questions please call Disclosure Specialist Susan M Johnson ID # 1000207762, at 651-312-7815 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F16159-0152.

Sincerely,

Laura A McIntyre
Disclosure Manager
Disclosure Office 10

Enclosures (3)
Responsive Records
Notice 393
Procedures 1st Party Requesters