# Doc. A

**Form 13496**

**IRC Section 6020(b) Certification**

**Ellis**

**2007**

# IRC Section 6020(b) Certification

| | Total pages certified as valid section 6020(b) return | Tax year |
|---|---|---|
| | | 200712 |

Name of taxpayer

MICHAEL ELLIS

Note: "Total pages certified as valid section 6020(b) return" is blank.

SSN / EIN

-8039

Address of taxpayer *(Number, Street, City or Town, State, ZIP code)*

1116 W 7TH ST # 64
COLUMBIA  TN  38401-1811

---

## Certification

The officer of the IRS identified below, authorized by Delegation Order 182, certifies the attached pages constitute a valid return under section 6020(b). This return consists of the following items:

1.  Report summarizing Examination changes or equivalent report of adjustments *(including, but not limited to: Form 4549, Income Tax Examination Changes; Form 4549-A; Income Tax Discrepancy Adjustments; Form 5278, Statement -- Income Tax Changes; Form 4667, Examination Changes -- Federal Unemployment Tax, Form 4668, Employment Tax Examination Changes Report, Form 2504, Agreement to Assessment and Collection of Additional Tax and Acceptance of Overassessment, or Form 2504-WC, Agreement to Assessment and Collection of Additional Employment Tax and Acceptance of Overassessment in Worker Classification Cases );*

2.  Form 886-A, Explanation of Items, appropriate issue lead sheet or similar form;

3.  This certification *(Form 13496).*

Pursuant to section 6651(g)(2), this certification, with attachments, shall be treated as the return filed by the taxpayer for purposes of determining the amount of the additions to tax under paragraphs (2) and (3) of section 6651(a).

---

## IRS Authorization Data

| Employee name | Title | Office | ID number |
|---|---|---|---|
| Maureen Green | Operations Manager, Examination | Ogden Service Center | 29-12033 |

| Signature | | Date *(mmddyyyy)* |
|---|---|---|
| *Maureen Green* | | 04/12/2010 |

Form **13496** (Rev. 02-2009)   Catalog Number 37538J   publish.no.irs.gov   Department of the Treasury-**Internal Revenue Service**

# Doc. B

## AMDISA

## Ellis

## 2007

4/28/2011

```
AMDISA      -8039   MFT>30   TX-PRD>200712              NM-CTRL>ELLI
PRIMARY-NAME>ELLIS,MICHAEL                        JULIAN-DT>2011118
ASED>10/18/2013X                            OPNG-CRTN-DT>01/28/2010
SOURCE-CD>24  NON-FILER               EXAM-START-CD/DT>310  04/12/2010
                        DIF/DAS-RSN-CD>R
ACTY-CD>275                                        DIS-IND>4

STATUTE-XTRCTN-IND>0   PARTIAL-AGRMT-IND>0   TC-300-IND>1
PBC>298  SBC>00000  POD>369
EGC/DT>5291  03/17/2010        PRIOR-EGC/DT>5065  01/13/2010
 CURRENT-STATUS-CD/DATE           PRIOR-STATUS-CD/DATE
                        10/25/2010 24 90-DAY STATUTORY NOTICE   06/14/2010
 90 CLOSED
PROJ-CD>0313  TRACK-CD>0055          PUSH-CD>036  PICF-CD>0
DISP-CD/DT>10 10/25/2010 CLS-PBC>298  XREF-DLN>29247298000000
RET-RECVD-DT>01/13/2010   DELQ-RET-IND>1  RET-PSTNG-YR>2010  UPDT-CD>Q  PR-UPDT-CD>S
                                                        TC-424-CD>2

NM-LN-YR>2003        MASTER-FILE-NAME-LINE>MICHAEL   ELLIS
ADD-CHG-CYC>201116   CONT-OF-PRIMARY-NAME>
                        STREET>2120  MONTCLAIR  DR
                     CITY>FORT  WORTH            STATE>TX  ZIP>761032038
                                                        SC>29  OSC
Employee #7927250110 Page 001 of 004   PAGE   002

------------------------------- ------------------------------- ----------------

AMDISA      -8039   MFT>30   TX-PRD>200712              NM-CTRL>ELLI
PRIMARY-NAME>ELLIS,MICHAEL                        JULIAN-DT>2011118
AIMS-OPENING-SOURCE-CD>24       RETURN-FORM-NUMBER>1040A
TECH-SERVICES-CD>000



                     EXAM-NAICS-CD>000000   RET/5546/LABELS  NOT REQ


ARDI-CD>0
ESTIMATED-TAX-IND
BOD-CD>SB   CLIENT-CD>V



                                                        SC>29  OSC
Employee #7927250110 Page 002 of 004  PAGE   003
```

# Doc. D

## Revenue Officers' Handbook

## Lesson 23

Revenue Officer
Unit I

Lesson 23

IRC SECTION 6020(B)

<u>Figure 23-2</u>

<u>Order No. 182 (Rev. 3)</u>

Effective date:  <u>12-14-83 Authority to Execute Returns</u>

The authority granted to the Commissioner of Internal Revenue by 26 CFR 301.6020-1(b) and 26 CFR 301.7701-9 to execute returns required by any internal revenue law or regulation made thereunder when the person required to file such return fails to do so, is delegated to:

1.   Revenue agents;

2.   Tax auditors;

3.   Revenue officers, GS-9 and above;

4.   Collection Office function managers, GS-9 and above;

5.   Automated Collection Branch Managers, GS-9 and above; and

6.   Service Center Collection Branch managers, GS-9 and above.

The authority delegated herein may not be redelegated. Delegation Order No. 182 (Rev. 2), effective March 7, 1983, is superseded.

/s/  James I. Owens
Deputy Commissioner


<u>The IRM restricts the broad delegation shown in figure 23-2, for revenue officers, to employment, excise, and partnership tax returns because of constitutional issues.  (You have already studied audit referrals as a means to enforce compliance on income tax returns).</u>

Generally you can file the following returns, using the authority granted by IRC section 6020(b):

1.   Form 940, Employer's Annual Federal Unemployment Tax Return

2.   Form 941, Employer's Quarterly Federal Tax Return

# Doc. F

## IMF MCC TRANSCRIPT COMPLETE

## Ellis

## 2007

```
000285
PAGE NO-0019  TAX PERIOD 30 200312*CONTINUED

              *IMF MCC TRANSCRIPT-COMPLETE*          EMP NO 79-293-03743

ACCOUNT NO    -8039          06-22-2011
NAME CONT- ELLI              CYCLE-201125
************************************ ***************** ****************
                        XREF-                   971 CD-252
                        X-MFT-00 MEMO-               FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-   1,014,550.00  2009I

    971 02142011---------------   20110508 49277-999-99999-1
                        XREF-                   971 CD-262
                        X-MFT-00 MEMO-               FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-   1,014,550.00  2009I

MF STAT-21 02272006      168,157.63    200607
MF STAT-58 04032006      168,157.63    200612
MF STAT-21 12032007      168,157.63    200747
MF STAT-26 06122006      168,157.63    200622
MF STAT-26 10132008      183,010.47    200840
MF STAT-24 11242008      183,010.47    200846
MF STAT-26 01102011      183,010.47    201052
***************************
* TAX PERIOD 30   200712 *         REASON CD-      MOD EXT CYC-201125
***************************
FS-1 TFRP-  CRINV-  LIEN-4       29247-700-00193-0   CAF-   FZ>T  -
TDA COPYS-7262                   TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-62 BWNC-  BWI-
MF MOD BAL-      16,054.29
ACRUED INTEREST-     371.04  07042011    CSED-11152020
ACCRUED PENALTY-     712.04  07042011    RSED-04152011
FMS-3IA CD-0                             ARDI-0          ASED-00000000

SFR 150 02082010--------->  0.00   05  201004
                        29210-888-00000-0  CD-      SRC-0
RET RCVD DT-01132010--------->PREPARE IND-0  PREPARE TIN-
                        TAX PER T/P-              0.00
                        F/C- AGI-         39,311.00
                        FOREIGN-        FARM- MF P-
                        TYPE COOP-1 LAST YR 1120C-+
                        XRF-          AEIC-         0.00
                        NAI-      EXMPT-01 NRGY-         0.00
                        LTEX-       TAXABLE INC-   30,561.00
                        PENALTY SUPP-1000   SET-     5,977.00
                             TOTAL WAGES-          0.00
                        MDP-      TOTAL INC TX-         0.00
                             EST TAX BASE-         0.00
                             PR YR BASE-           0.00
                        SHORT YR CD-   ES FORGIVENESS %- 0
                        USVI-0

**************************CONTINUED ON NEXT PAGE**************************** *
```

SC MFTRA

Page(24)

000286

Case 1:18-cr-00039-WES-LDA   Document 51-4   Filed 12/28/20   Page 10 of 34 PageID #: 705

Doc. F
Pg. 2 of 3

```
PAGE NO-0020  TAX PERIOD 30 200712*CONTINUED

              *IMF MCC TRANSCRIPT-COMPLETE*        EMP NO 79-293-03743

ACCOUNT NO    -8039           06-22-2011
NAME CONT- ELLI               CYCLE-201125
******************** ******************** ****************
                              1ST SE-      39,064.00
                              2ND SE-           0.00
                              ACCT TYPE-
                              EFT-0
                              F8615-  UNAPPLD CR ELECT-
                                    ES TAX PAYMENT-              0.00
                                       DIR DEP REJ RSN CD-00
                              PUTI-         0   SUTI-            0
                              PMEI-    39,064   SMEI-            0
                              PMTI-         0   SMTI-            0

  140 11172008          0.00  20084808 49249-322-00000-8
                              PRC-

  971 12082008--------------  20084808 49277-322-00000-8
                              XREF-                    971 CD-804
                              X-MFT-00 MEMO-              FTD ALRT-0
                              ID THEFT 50X CD-00  ID THEFT 52X CD-00
                              MISC-    1,014,550.00  2009I

  971 11242009--------------  20094808 49277-729-57668-9
                              XREF-                    971 CD-407
                              X-MFT-00 MEMO-              FTD ALRT-0
                              ID THEFT 50X CD-00  ID THEFT 52X CD-00
                              MISC-    1,014,550.00  2009I

  425 01132010--------------  20100408 29277-013-20000-0
                              SOURCE-24  ORG-5065  PROJ-277  RET REQ-
                              PTR DO-98

  595 02082010--------------  20100408 29249-013-20000-0
                              COLCLOS-                    XREF-

  570 02082010--------------  20100408 29210-888-00000-0
                              COLCLOS-90    CYCLES-04

  420 01282010--------------  20100508 29277-028-00000-0
                              AIMS SC-24 PBC-298 SBC-00000 EGC-5065

  170 11152010        462.94  20104408 29247-700-00193-0
                              PRC-   EST PNLTY WAIVED-        0.00
                              CSED-11152020

  160 11152010      2,288.70  20104408 29247-700-00193-0
                              PRC-

  300 11152010     10,172.00  20104408 29247-700-00193-0
```

***************************CONTINUED ON NEXT PAGE*************************** *

000287

PAGE NO-0021  TAX PERIOD 30 200712*CONTINUED

                    *IMF MCC TRANSCRIPT-COMPLETE*        EMP NO 79-293-03743

ACCOUNT NO    -8039        06-22-2011
NAME CONT- ELLI            CYCLE-201125
*************************** *************************** ***************
                        HC  DC10 870D    ASED10182013
                                              PC9 AO
                        CLAIM REJECT DT-
                        ABSTRACT-878       ::,0<0,0<2.<:
                        ABSTRACT-895       ::,0<0,0<2.<:
                        ABSTRACT-889       90,:<0,0<2.<:
                        ABSTRACT-888       ::,0<0,0<2.<:
                        ABSTRACT-886       ::,0<0,0<2.<:
                        CSED-11152020

   421 11152010---------------    20104408 29247-700-00193-0 X
                        DISP CD-   SOURCE-

   336 11152010        1,553.99   20104408 29247-700-00193-0
                        REFERENCE AMT-

   276 11152010        1,576.66   20104408 29247-700-00193-0
                        PRC-

   971 11152010---------------    20104408 29277-700-00193-0
                        XREF-                971 CD-804
                        X-MFT-00 MEMO-              FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-    1,014,550.00  2009I

   971 12112010---------------    20105108 63277-747-04117-0
                        XREF-                971 CD-611
                        X-MFT-00 MEMO-              FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-    1,014,550.00  2009I

   582 01142011---------------    20110408 49277-418-07415-1
                        REGULAR LIEN

   971 01182011---------------    20110408 56277-419-06940-1
                        XREF-                971 CD-252
                        X-MFT-00 MEMO-              FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-    1,014,550.00  2009I

   971 02072011---------------    20110508 28277-001-99999-1
                        XREF-                971 CD-060
                        X-MFT-00 MEMO-              FTD ALRT-0
                        ID THEFT 50X CD-00  ID THEFT 52X CD-00
                        MISC-    1,014,550.00  2009I

   971 03302011---------------    20111408 49277-490-07464-1

***************************CONTINUED ON NEXT PAGE*************************** *

# Doc. G

**TXMODA**

**Ellis**

**2007**

```
TXMODA      -8039    MFT>30  TX-PRD>200712    PLN-NUM>      NM-CTRL>ELLI
29247-700-00193-0<DLN                           BOD-CD>SB  CLIENT-CD>V
                                    MF-XTRCT-CYC>201122    SC-REASON-CD>6T
SC-STS>26    MOD-BAL>          16,054.29  CYC>201101
MF-STS>26    MOD-BAL>          16,054.29  CYC>201101 TODAYS-DT>06/07/2011  ICS>1
             LAST-NOTICE>DAS                   PRIMARY-LOC>7525
---------------------------                   CL-LOC>25            PDC-IND>00
ASED>         FRZ>T    -    |        AIMS-CD>1  CL-ASGMT>25141454
CSED>11152020  INTL>         |     FMS-CD>3          LIEN>4 MOD-YLD-SCR>0007906
RSED>04152011              |            TDI>2 TDI-CYC>201101
---------------------------  |
CS-CTRL-INFO>NO CASE CONTROLS
------------------------POSTE D RETURN  INFORMATION-------------------
RET-RCVD-DT>01132010    MO-DELQ>05
FS>1    NUM-EXEMPT>01
AGI>      39,311.00
TXI>      30,561.00    PRIM-SE-INCM>       39,064
SET>       5,977
PMEI>      39,064
---------------------------R ETURN TRANSACTION------------------- -------
    T/C  POSTED      TRANS-AMOUNT      CYC      T      DLN
    150  02082010                0.00  20100408      29210-888-00000-0    SFR

Employee #7937520282  Page 001 of 004  PAGE   002


----------------------- -------------------------- ------------------
TXMODA      -8039    MFT>30  TX-PRD>200712    PLN-NUM>      NM-CTRL>ELLI
---------------------------POSTED  TRANSACTIONS  SECTION------------------ --
    T/C  POSTED      TRANS-AMOUNT  CYC-DAY    T      DLN
    140  11172008              0.00  20084808      49249-322-00000-8
    971  12082008              0.00  20084808      49277-322-00000-8      971-CD>804
                    MISC>CP 0059
    971  11242009              0.00  20094808      49277-729-57668-9      971-CD>407
    424R 01132010              0.00  20100408      29277-013-20000-0   SOURCE-CD>24
                              SPCL-PROJ>0277
                        PBC>298    SBC>00000   EGC>5065  PUSH-CD>036
    595  02082010              0.00  20100408      29249-013-20000-0
    570  02082010              0.00  20100408      29210-888-00000-0
    420  01282010              0.00  20100508      29277-028-00000-0
                        PBC>298    SBC>00000   EGC>5065
    170  11152010            462.94  20104408      29247-700-00193-0
                                                   CSED>20201115
    160  11152010          2,288.70  20104408      29247-700-00193-0
                                                   CSED>20201115
    300  11152010         10,172.00  20104408      29247-700-00193-0
                    CSED>20201115            PRT-CD>9
              DISP-CD>10  ASED>        10182013
                                                   TECH-CD>6
                    ABST-NUM    ABST-AMT      ABST-NUM    ABST-AMT
Employee #7937520282  Page 002 of 004  PAGE   003
```

6/7/2011

```
TXMODA      -8039    MFT>30  TX-PRD>200712    PLN-NUM>     NM-CTRL>ELLI
                              878         39,064.00        895      39,064.00
                              889          5,977.00        888      39,311.00
                              886         30,561.00
          421  11152010        0.00   20104408 X 29247-700-00193-0
          336  11152010    1,553.99   20104408   29247-700-00193-0
          276  11152010    1,576.66   20104408   29247-700-00193-0
          971  11152010        0.00   20104408   29277-700-00193-0       971-CD>804
                         MISC>CP 0022
          971  12112010        0.00   20105108   63277-747-04117-0       971-CD>611
          582  01142011        0.00   20110408   49277-418-07415-1
                             REGULAR LIEN
          971  01182011        0.00   20110408   56277-419-06940-1       971-CD>252
          971  02072011        0.00   20110508   28277-001-99999-1       971-CD>060
          971  03302011        0.00   20111408   49277-490-07464-1       971-CD>069
          971  04252011        0.00   20111808   49277-516-67243-1       971-CD>066
--------------------------NOT ICE HISTORY SECTION----------------------- ----
NOTICE         AMOUNT          CYC   S  AO
CP059             0.00       200848  M  25    SUPPRESS-CD>0
CP022         16,054.29      201044  M  25    SUPPRESS-CD>0
DAS           16,054.29      201044  M  25
CP504         16,217.69      201049  I  25    SUPPRESS-CD>0
DAS           16,361.41      201101  I  25    SCND-TDA-SEL>A
Employee #7937520282 Page 003 of 004  PAGE  004


-------------------------------- -------------------------------- ----------------

TXMODA      -8039    MFT>30  TX-PRD>200712    PLN-NUM>     NM-CTRL>ELLI
-----------------------SERVICE  CENTER HISTORY SECTION-----------------------
SC-STS   DATE        STATUS-AMOUNT    CYC
  21   11152010        16,054.29    201044
  58   12202010        16,054.29    201049
  26   01172011        16,054.29    201101
-----------------------MASTER  FILE HISTORY SECTION----------------------- --
MF-STS   DATE        STATUS-AMOUNT    CYC          CCNIP-SELECT-CD
  02   11172008  IND>   NTC-AO>25   200848             52
  02   12082008  IND>1  NTC-AO>25   200848             52
  03   01122009  IND>8  NTC-AO>25   200853             52
  06   02082010             0.00    201004
  21   11152010        16,054.29    201044
  58   12202010        16,054.29    201049
  26   01172011        16,054.29    201101




Employee #7937520282 Page 004 of 004  PAGE  001
```

# Doc. H

## IMF MCC TRANSCRIPT SPECIFIC

## Ellis

## 2007

**Doc. H**

**Pg. 1 of 2**

000186

PAGE NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*                    EMP NO 79-291-1401

ACCOUNT NO      -8039         05-28-2010
NAME CONT- ELLI               CYCLE-201021
*******************************************************************
FOR-7929114011 BY-7929114011 ON-05282010 TYP-S-30-200712
TIME-13:47 SRC-I
                              PROCESSED ON-148
                              REQUESTED TAX MODULE FOUND ON MF


2003 1 MICHAEL ELLIS
       1116 W 7TH ST # 64
200637 COLUMBIA          TN 38401-1811-166            BODC-SB BODCLC-V

ULC-62 AO-25 CLC-   SBAO-            PRIOR NAME CONTROL-        FZ>     -
YEAR REMOVED-       ENT EXT CYC-201021    MFR-01  VAL-1 IRA-         CAF-
                              FYM-12 SCS-   CRINV- 130-
                              RPTR-   PMF-    SHELT-  BNKRPT-  BLLC-
                              ACCRETION-    FMS-1  PDC-00    MIN SE-
                              JUST-   IRS EMPL-  FED EMPL-   LII-0


1991 1 MICHAEL B ELLIS
PTNL MICHAEL ELLIS

LSTRET-1995 ME-     CND-E FLC-00 199652
*********************************
* TAX PERIOD 30    200712 *          REASON CD-         MOD EXT CYC-201021
*********************************
FS-1 TFRP-  CRINV-  LIEN-            29210-888-00000-0  CAF-   FZ>    -SLR
TDA COPYS-                           TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-      HISTORICAL DO-62 BWNC-  BWI-
MF MOD BAL-              0.00
ACRUED INTEREST-        0.00  06072010    CSED-
ACCRUED PENALTY-        0.00  06072010    RSED-04152011
FMS- IA CD-0                         ARDI-0          ASED-00000000

SFR  150 02082010 ————————————→ 0.00     201004
                              ————→ 29210-888-00000-0  CD-      SRC-0
RET RCVD DT-01132010 ——————————→ PREPARE IND-0  PREPARE TIN-
                              TAX PER T/P-              0.00
                              F/C-  AGI-               0.00
                              FOREIGN-       FARM-  MF P-
                              TYPE COOP-1 LAST YR 1120C-+
                              XRF-          AEIC-       0.00
                              NAI-     EXMPT-01 NRGY-
                              LTEX-       TAXABLE INC-   0.00
                              PENALTY SUPP-1000   SET-   0.00
                                      TOTAL WAGES-       0.00
                              MDP-    TOTAL INC TX-      0.00
                                  EST TAX BASE-         0.00
                                    PR YR BASE-         0.00
                              SHORT YR CD-     ES FORGIVENESS %-  0
                              USVI-0
*****************************CONTINUED ON NEXT PAGE************************

000187

PAGE NO-0002   TAX PERIOD 30 200712*CONTINUED

                    *IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-291-1401

 ACCOUNT NO    -8039           05-28-2010
 NAME CONT- ELLI               CYCLE-201021
***************************************************************************
                               1ST SE-              0.00
                               2ND SE-              0.00
                               ACCT TYPE-
                               EFT-0
                               F8615-  UNAPPLD CR ELECT-
                                    ES TAX PAYMENT-            0.00
                                       DIR DEP REJ RSN CD-00
                               PUTI-       0   SUTI-             0
                               PMEI-       0   SMEI-             0
                               PMTI-       0   SMTI-             0

   140 11172008             0.00   20084808 49249-322-00000-8
                                   PRC-

   971 12082008---------------     20084808 49277-322-00000-8
                                   XREF-                 971 CD-804
                                   X-MFT-00 MEMO-            FTD ALRT-(

   971 11242009---------------     20094808 49277-729-57668-9
                                   XREF-                 971 CD-407
                                   X-MFT-00 MEMO-            FTD ALRT-(

   425 01132010---------------     20100408 29277-013-20000-0
                                   SOURCE-24   ORG-5065   PROJ-277   RET REQ-
                                   PTR DO-80

   595 02082010---------------     20100408 29249-013-20000-0
                                   COLCLOS-                XREF-

   570 02082010---------------     20100408 29210-888-00000-0
                                   COLCLOS-03       CYCLES-

   420 01282010---------------     20100508 29277-028-00000-0
                                   AIMS SC-24 PBC-298 SBC-00000 EGC-5065

MF STAT-02 11172008    NOTICE AO-25    200848
MF STAT-02 12082008 1  NOTICE AO-25    200848
MF STAT-03 01122009 8  NOTICE AO-25    200853
MF STAT-06 02082010         0.00       201004

# Doc. I

## Form 4549

## Income Tax Examination Changes

## Ellis

## 2007

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | | Page 1 of 2 | |
|---|---|---|---|---|---|
| Name and Address of Taxpayer<br><br>MICHAEL ELLIS<br>1116 W 7TH ST # 64<br>COLUMBIA  TN  38401-1811 | | Taxpayer Identification Number<br>-8039 | | Return Form No:<br>1040 | |
| | | Person with whom examination changes were discussed. | Name and Title: | | |

| 1.  **Adjustments to Income** | | **Period End**<br>12/31/2007 | **Period End** | **Period End** |
|---|---|---|---|---|
| a. | Nonemployee Compensation | 42,300.00 | | |
| b. | SE AGI Adjustment | (2,989.00) | | |
| c. | Standard Deduction | (5,350.00) | | |
| d. | Exemptions | (3,400.00) | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. **Total Adjustments** | | 30,561.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | | 0.00 | | |
| 4. **Corrected Taxable Income** | | 30,561.00 | | |
| | Tax Method | TAX TABLE | | |
| | Filing Status | Single | | |
| 5. **Tax** | | 4,195.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | | |
| 7. Corrected Tax Liability | | 4,195.00 | | |
| 8. **Less** **Credits** | a. | | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 9. **Balance**  (Line 7 less lines 8a through 8d) | | 4,195.00 | | |
| 10. Plus Other Taxes | a. Self Employment Tax | 5,977.00 | | |
| | b. | | | |
| | c. | | | |
| | d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a through 10d) | | 10,172.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | | 0.00 | | |
| 13. Adjustments to: | a. | | | |
| | b. | | | |
| | c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment -Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | | 10,172.00 | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | | |
| 16. **Balance Due or (Overpayment )** - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | | 10,172.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23105A | www.irs.gov | Form 4549 (Rev. 5-2008) |
|---|---|---|

000181

**Doc. I**

**Pg. 2 of 2**

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 2 |
|---|---|---|---|
| Name of Taxpayer<br>MICHAEL ELLIS | Taxpayer Identification Number<br>-8039 | | Return Form No:<br>1040 |

| 17. **Penalties/ Code Sections** | Period End<br>12/31/2007 | Period End | Period End |
|---|---|---|---|
| a.   Delq-IRC 6651(a)(2) | 1,220.64 | | |
| b.   Delq-IRC 6651(a)(1) | 2,288.70 | | |
| c.   Estimated Tax-IRC 6654 | 462.94 | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.   **Total Penalties** | 3,972.28 | | |
| Underpayment attributable to negligence: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987)<br>A tax addition of 50 percent of the interest due on the<br>underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT).<br>The interest will accrue and be assessed at 120% of the<br>under-payment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19.   **Summary of Taxes, Penalties and Interest:** | | | |
| a.   Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 10,172.00 | | |
| b.   Penalties (Line 18) computed to 04/12/2010 | 3,972.28 | | |
| c.   Interest (IRC§ 6601) - computed to 05/12/2010 | 1,395.76 | | |
| d.   TMT Interest - computed to 05/12/2010 (on TMT underpayment) | 0.00 | | |
| e.   Amount due or (refund) - (sum of Lines a, b, c and d) | 15,540.04 | | |

**Other Information:**

| Examiner's Signature:<br>Ms. Green - MS 4388 | Employee ID:<br>29-12033 | Office:<br>Ogden Service Center | Date:<br>04/12/2010 |
|---|---|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief or Director of Field Operations.

| *PLEASE NOTE: If a joint return was filed. BOTH taxpayers must sign* | | | |
|---|---|---|---|
| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
| By: | | Title: | Date: |

# Doc. J

**Form 4340**

**Certificate of Assessments**

**Ellis**

**2007**

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL ELLIS                      EIN/SSN:        -8039


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007

                                    ASSESSMENT,    PAYMENT,      ASSESSMENT
                                    OTHER DEBITS   CREDIT        DATE (23C,
DATE       EXPLANATION OF TRANSACTION  (REVERSAL)  (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                 39,311.00

           TAXABLE INCOME
                 30,561.00

           SELF EMPLOYMENT TAX
                 5,977.00
```

**(1)**                                                          **(2)**

```
01-13-2010 SUBSTITUTE FOR RETURN            0.00        02-08-2010
           29210-888-00000-0

           ESTIMATED TAX PENALTY          462.94        11-15-2010
           20104408

           LATE FILING PENALTY          2,288.70        11-15-2010
           20104408

           ADDITIONAL TAX ASSESSED     19,172.00        11-15-2010
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           ASED 20131018
           29247-700-00193-0  20104408
```

**(3)**

```
11-15-2010 RENUMBERED RETURN
           29247-700-00193-0

           INTEREST ASSESSED           1,553.99        11-15-2010
           20104408

           FAILURE TO PAY TAX          1,576.66        11-15-2010
           PENALTY
           20104408

01-14-2011 FEDERAL TAX LIEN

02-07-2011 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-30-2011 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)             PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

MICHAEL ELLIS                          EIN/SSN:        -8039


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|
| 04-25-2011 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 12-08-2008 | Taxpayer Deliquency Notice | | | |
| 11-15-2010 | Statutory Notice of Balance Due | | | |
| 12-20-2010 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE     2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL ELLIS                        EIN/SSN:         -8039


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2007
-----------------------------------------------------------------------------

BALANCE       16,054.29

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____ Denise Bradley
                           Accounting Operations Manager
TITLE:_____ Submission Processing
                           Service Wide Delegation of Authority
DELEGATION ORDER:_____ Delegation Order 11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 06/09/2011

FORM 4340  (REV. 01-2002)              PAGE    3
```

# Doc. K

**IRS FOIA Response
To Request for SFRs
Klaudia Villegas
Disclosure Manager
September 17, 2013**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

September 17, 2013

Robert McNeil
1302 Waugh Dr.  #498
Houston, TX 77019-3908

Dear Robert McNeil:

I am responding to your Freedom of Information Act (FOIA) request dated August 2, 2013 that we received on August 6, 2013.

You asked for various documents pertaining to you for tax years 2000 through 2012.

For item a, I have provided your Individual Master File (IMF) Complete transcripts.

For Item b, I have researched our records and found no records pertaining to Non Master File.  Therefore, there are no documents responsive to this portion of your request.

For item c, I have provided TXMODA for and TXMODN for tax years 2002, 2003, 2004, 2005, 2006, 2008, 2009, 2010 and 2011.  I have provided IMFOLT in lieu of TXMOD for tax years 2000, 2001 and 2007.

For item d, you asked for Business Master File for EIN 46-0827522.  Tax records are confidential and may not be disclosed unless specifically authorized by law.  You must provide the written consent of an individual authorized to act on behalf of the above EIN number before we can consider releasing the records you requested.

For item e, I have researched our records and found no records.  Therefore, there are no documents responsive to this portion of your request.

For items f and g of your request, you requested supporting documents authorizing the IRS to file a 1040 or 1040A on your behalf.  I have provided a copy of the examination files for tax year 2003, 2004, 2005, 2006, 2008, 2009 and 2010.  To the extent you are seeking records that establish the authority of the Internal Revenue Service to assess, enforce, and collect taxes, the Sixteenth Amendment to the Constitution authorized Congress to impose an income tax.  Congress did so in Title 26 of the United States Code, commonly known as the Internal Revenue Code (IRC).  The IRC may contain

information responsive to portions of your request. It is available at many bookstores, public libraries and on the Internet at www.irs.gov.

For item h, please visit our website at www.irs.gov for additional information.

For item i, you asked for a copy of the documents identified by several Document Locator Numbers (DLN), for the tax year 2002 through 2009. A document is not created for every DLN shown on a transcript. In situations where taxpayers fail to file required income tax returns a document locator number is assigned to create a module on the Master File. The DLN you requested was generated by our Automated Substitute for Return program. This DLN is computer generated and there is no paper document associated with it. Therefore, there are no documents responsive to your request.

Of the 362 pages located in response to your request, I am enclosing 359 pages. I am withholding 16 pages in part and three pages in full for the following reasons:

- The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law. The law supporting this exemption is Internal Revenue Code section 6103(a).

- FOIA exemption (b)(7)(C) exempts from disclosure personal information in law enforcement records that if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

- I deleted the Discriminant Information Function (DIF) score from the enclosed records. Release of the DIF score would seriously impair IRS assessment, collection, and enforcement proceedings. FOIA exemption (b)(3), supported by Internal Revenue Code section 6103 (b)(2) and (e)(7) exempts this information from release. Disclosure of this information would also reveal law enforcement techniques, procedures and guidelines protected by FOIA exemption (b)(7)(E).

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request. I have enclosed Notice 393 explaining your appeal rights.

We are providing your documents in electronic format. The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately. At this time there is no charge for the enclosed records. If you determine you need me to provide a printed copy of the documents, please call Specialist, Nikki Konstantinidis, at the phone number shown below. You will be charged $.20 per page after an allowance of 100 pages at no charge for printed documents.

If you have any questions please call Disclosure Specialist, Nikki Konstantinidis, ID # 95-00358, at 213-576-3451 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F13219-0009.

Sincerely,

Klaudia Villegas
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive Records
  Notice 393

# Doc. L

**IRS Assistant Chief Counsel**

**Internal Memorandum**

**July 29, 1998**

**Internal Revenue Service**

# memorandum

```
CC:DOM:IT&A:4                    SCA 1998-053
CRFrance - TL-N-7959-97WLI3      UILC 6011.00-00
                                      6065.03-00
```

date:   July 29, 1998

  to:   District Counsel, Houston
        Attn:  Christina Moss

from:   Assistant Chief Counsel (Income Tax & Accounting)

---

subject:   Disclaimer Returns
           Significant Service Center Advice

     This responds to your request for Significant Service Center Advice dated February 13, 1998, in connection with a question posed by the Austin Service Center.

Disclosure Statement

     **Unless specifically marked "Acknowledged Significant Advice, May Be Disseminated" above, this memorandum is <u>not</u> to be circulated or disseminated except as provided in CCDM (35)2(13)3:(4)(d) and (35)2(13)4:(1)(e).  This document may contain confidential information subject to the attorney-client and deliberative process privileges.  Therefore, this document shall not be disclosed beyond the office or individual(s) who originated the question discussed herein and are working the matter with the requisite "need to know."  In no event shall it be disclosed to taxpayers or their representatives.**

ISSUE

     Whether a complete Form 1040 with an attachment to an otherwise effective penalties of perjury statement [1] (hereafter "addition") is a valid return for federal tax purposes.

CONCLUSION

     A complete Form 1040 with an addition that denies tax liability is not a valid return because the addition negates the penalties of perjury statement.  However, if the addition does

---

     [1]  The use of the phrase <u>otherwise effective penalties of perjury statement</u> means the taxpayer signed the statement and did not make a change to it.

- 2 -

not negate the statement, but merely makes a protest against
taxes or other matters, the form is a valid return for federal
tax purposes.

FACTS

A service center receives complete Forms 1040 with additions
in which taxpayers protest the payment of taxes.  Taxpayers
usually call attention to the addition by (1) writing an asterisk
on the return, either next to line 53 (total tax amount) or line
64 (the tax amount owed) and (2) inserting on the second page of
the return by lines 61-64 or on the bottom of the second page the
following text:  "The admitted liability is zero.  See Attached
Disclaimer Statement."

In the examples you provided, all the additions state that
the taxpayer denies liability for the tax shown on the Form 1040.
In some cases, the taxpayer also includes $1,000 with the Form
1040 and states in the addition the following: "payment in the
amount of $1,000 as a voluntary contribution."

The service center has experienced some uncertainty in its
disposition of these sorts of forms.  Because of this and the
potential for inconsistent treatment and processing of these
forms, you requested this significant service center advice.

DISCUSSION

Section 6001 of the Internal Revenue Code requires every
person liable for tax to make a return and comply with the rules
and regulations issued by the Internal Revenue Service.

Section 6011 of the Code requires every person liable for
tax imposed by title 26 to make a return according to the forms
and regulations prescribed by the Service.

Section 6065 of the Code and §1.6065-1(a) of the Income Tax
Regulations require any return made under any provision of the
internal revenue laws or regulations to contain or be verified by
a written declaration that it is made under penalties of perjury.

If a taxpayer fails to comply with section 6065 by
submitting a return without the executed penalties of perjury
statement, that return is a nullity.  Lucas v. Pilliod Lumber
Co., 281 U.S. 245 (1930).  For example, in Hettig v. U.S., 845
F.2d 794 (8th Cir. 1988), the court found that the taxpayer's
return was a nullity because striking the words "under penalties
of perjury" negated the penalties of perjury statement.

- 3 -

A taxpayer can also negate the penalties of perjury statement with an addition.  In Schmitt v. U.S., 140 B.R. 571 (Bank W.D. Okl. 1992), the taxpayers filed a return with the following statement at the end of the penalties of perjury statement, "SIGNED UNDER DURESS, SEE STATEMENT ATTACHED."  In the addition, the taxpayers denied liability for tax on wages.  The Service argued that the statement, added to the "return", qualified the penalties of perjury statement, thus making the penalties of perjury statement ineffective and the return a nullity.  Id. at 572.

In agreeing with the Service, the court pointed out that the voluntary nature of our tax system requires the Service to rely on a taxpayer's self-assessment and on a taxpayer's assurance that the figures supplied are true to the best of his or her knowledge.  Id.  Accordingly, the penalties of perjury statement has important significance in our tax system.  The statement connects the taxpayer's attestation of tax liability (by the signing of the statement) with the Service's statutory ability to summarily assess the tax.

Similarly, in Sloan v. Comm'r, 53 F.3d 799 (7th Cir. 1995), cert. denied, 516 U.S. 897 (1995), the taxpayers submitted a return containing the words "Denial & Disclaimer attached as part of this form" above their signatures.  In the addition, the taxpayers denied liability for any individual income tax.  In determining the effect of the addition on the penalties of perjury statement, the court reasoned that it is a close question whether the addition negates the penalties of perjury statement or not.  The addition, according to the court, could be read just to mean that the taxpayers reserve their right to renew their constitutional challenge to the federal income tax law.  However, the court concluded that the addition negated the penalties of perjury statement.  Id. at 800.

In both Schmitt and Sloan the court questioned the purpose of the addition.  Both courts found that the addition of qualifying language was intended to deny tax liability.

- 4 -

Accordingly, this effect rendered the purported returns invalid.[2]

On the other hand, courts have acknowledged that taxpayers may make additions to the return to exercise their first amendment rights without negating the penalties of perjury statement. For example, in McCormick v. Comm'r, 94-1 U.S.T.C. ¶ 50,026 (E.D.N.Y. 1993), the taxpayer timely filed a complete return and signed it under penalties of perjury. Immediately below the penalties of perjury statement, the taxpayer added the statement "under protest." The Service did not treat the return as a valid return. The court found in favor of the taxpayer finding that the taxpayer was lodging a protest rather than denying tax liability. See also, Todd v. U.S., 849 F.2d 365 (9th Cir. 1988).

These cases highlight the tension between a taxpayer's exercise of first amendment constitutional rights and a taxpayer's statutory obligation to file a tax return under penalties of perjury. If by making the addition the taxpayer both exercises a constitutionally protected right (to protest) and negates the penalties of perjury statement, courts have held that the statutory duty to file a tax return outweighs the small infringement, if any, on a taxpayer's first amendment right to protest. See Sloan, 53 F.3d at 800; Hettig, 845 F.2d at 795-96.

You submitted several redacted Forms 1040 with additions for our consideration. To determine whether an addition to a Form 1040 denies tax liability, the courts analyze the purpose of the addition. In each of the Forms 1040 you submitted for our review, the addition explicitly denies the tax liability set forth on the related return. These additions, therefore, negate the penalties of perjury statements and the Forms 1040 fail to constitute valid returns for federal tax purposes.

When the service center receives a Form 1040 with an addition, we suggest the service center process the form as follows: Upon receipt of the form, the Code and Editing Function

---

[2] Note, however, that in Penn Mutual Indem. Co. v. Comm'r, 32 T.C. 653 (1959), aff'd 277 F.2d 16 (3d Cir. 1960), the taxpayer filed an otherwise facially complete return showing a tax due. The taxpayer attached a letter to the return denying that it owed the tax, claiming the applicable taxing statute as unconstitutional. The court concluded that the taxpayer had filed a valid return. Thus, the court appeared to cast the return as a "no tax" return, meaning the reported tax liability is actually zero, rather than as a nullity. See id. at 668 (Murdock, J., concurring).

- 5 -

at the service center should promptly send the form to the
Examination Function.  If the Examination Function determines
that a taxpayer's addition denies tax liability (and, therefore,
negates an otherwise effective penalties of perjury statement),
the form is not a valid return, and penalties, such as the
failure to file penalty, and interest would apply.  The
Examination Function should contact District Counsel regarding
the disposition of forms containing ambiguous or doubtful
additions.

Moreover, if the return is not a valid return, the Service
should issue a statutory notice of deficiency for any taxes due
(including any amount determined by the taxpayer).  This practice
will protect the statute of limitations on assessment if a court
subsequently decides that the form is a valid return.

We trust this advice addresses your concerns satisfactorily.
If you have any questions, please contact Ms. Renay France, an
attorney of my staff, on 202-622-4940.


By _____/s/_____
Rochelle L. Hodes
Senior Technician Reviewer
Branch 4


cc:   Assistant Regional Counsel (TL), Midstates Region
      Assistant Regional Counsel (CT), Midstates Region