# United States Court of Appeals
## For the First Circuit

_____

No. 21-1020

UNITED STATES,

Appellee,

v.

BILLIE R. SCHOFIELD,

Defendant - Appellant.

_____

**JUDGMENT**

Entered: March 12, 2021
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant-appellant's appeal from conviction and sentence will proceed under Appeal No. 21-1054.

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
John P. McAdams
Sandra Rae Hebert
Lauren S. Zurier
William Joseph Ferland
Billie Russell Schofield