# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Criminal No. 18-CR-00039 (WES) |
| § | |
| BILLIE R. SCHOFIELD § | |
| Defendant § | |

# NOTICE OF APPEAL

Now comes the defendant, Billie R. Schofield, pro se, providing this Court with NOTICE OF APPEAL to Doc. No. 77, Order Denying Defendants Motion For Release on Appeal Bond, dated 03/18/2021. It is the defendant's wish to appeal this order/decision.

Respectfully submitted,

By: *[signature]*

Billie Russell Schofield

## Verification/Declaration

Comes now Billie-Russell: Schofield, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, that "All the facts stated in the foregoing "**NOTICE OF APPEAL**" are absolutely true and correct to the very best of my knowledge and belief, that I have personal knowledge of almost every fact alleged, that they are material, admissible, and that I am competent to testify thereto.

Further, not knowing whether Rhode Island, where I live, is technically "within" or "without" "the United States", since that entity has been defined in many varying ways, I request the Court makes that determination.

That said, if Rhode Island is "without" "the United States", as that entity is defined by this Court: "I declare (or certify, verify, and state) under penalty of perjury, pursuant to 28 U.S.C. §1746 that every material fact, and inference derived therefrom, presented in the foregoing document, is true and correct."

If Rhode Island is "within" "the United States", its territories, possessions, or commonwealths, as that entity is defined by this Court: "I also declare (or certify, verify, and state) under penalty of perjury that every material fact, and inference derived therefrom, presented in the foregoing document, is true and correct."

So HELP ME GOD.

Executed on March 19, 2021

By: *[signature]*

Billie Russell Schofield

## CERTIFICATE of SERVICE

      I certify that on March 19, 2021, I filed this "**NOTICE OF APPEAL**" by email, in accordance with COVID-19 protocols, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document was mailed via U.S. Mail or other carrier to the persons listed below, on or about March 19, 2021.

Mr. Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Mr. Richard E. Zuckerman
Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530


By: *[signature]*

Billie Russell Schofield